UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carmen Oliver,

    Plaintiff,

v.   Case No. 14-11005

Commissioner of Social Security,   Sean F. Cox
        United States District Court Judge

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING
## REPORT & RECOMMENDATION

    Plaintiff commenced this cessation-of-benefits case on behalf of her minor daughter, C.B.O. ("Claimaint"), challenging the Commissioner's determination that Claimant was no longer disabled as of October 1, 2010.

    The matter was referred to Magistrate Judge Steven Whalen for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

    Thereafter, the parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") issued on February 18, 2015, Magistrate Judge Whalen recommends that: 1) Plaintiff's Motion for Summary Judgment be DENIED; and 2) the Commissioner's Motion for Summary be GRANTED, and that the Commissioner's decision be AFFIRMED.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

No party has filed objections to the R&R and the time permitted for filing objections to the R&R has passed.

The Court hereby ADOPTS the February 18, 2015 Report and Recommendation. IT IS ORDERED that: 1) Plaintiff's Motion for Summary Judgment is DENIED; 2) the Commissioner's Motion for Summary is GRANTED; and 3) the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 10, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager